UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL FLINKFELT,
    Plaintiff,

v.                                                          C.A. No. 09-589 S

A.T. WALL, ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on February 9, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiff's Motion to Proceed In Forma Pauperis is DENIED and the Complaint is hereby DISMISSED pursuant to 28 U.S.C. §1915(e)(2).

By Order,

_/s/ Deputy Clerk_
Deputy Clerk

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge

Date: 3/2/10